# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

IN RE: COOK MEDICAL, INC, IVC FILTERS
MARKETING, SALES PRACTICES AND                     Case No. 1:14-ml-2570-RLY-TAB
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2570

This Document Relates to Plaintiff(s)                     Plaintiff Demands A Trial By Jury

Jeffery S. Johnson

Civil Case # 1:25-cv-07127-RLY-TAB

---

## NOTICE OF APPEARANCE

---

To: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case on behalf of Plaintiff set forth in the above reference matter.

Respectively submitted,

/s/ Matthew R. Lopez
Dated: 5/21/25                          Matthew R. Lopez
**RUEB STOLLER DANIEL, LLP**
120 Vantis Drive, Suite 430
Aliso Viejo, CA 92656
matt@lawrsd.com

***Lead Counsel for Plaintiff***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

*/s/ Matthew R. Lopez*
Matthew R. Lopez
